# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-30968
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 8, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RAYMOND BRUMFIELD,

Defendant-Appellant

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:17-CR-52-1

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges
PER CURIAM:[*]

The attorney appointed to represent Raymond Brumfield has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Brumfield has filed responses and a motion for the appointment of counsel. We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Brumfield's responses. We concur with counsel's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-30968

assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.    Brumfield's motion for appointment of counsel is DENIED.  *Cf. United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).